IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JUSTINE L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:09-cv-01588 |
| v. | ) | |
| | ) | Hon. William J. Hibbler |
| HEALTH CARE SERVICE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS AND TO STRIKE

Defendant Health Care Service Corporation ("HCSC"), by its counsel, moves to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike plaintiff's jury demand, and in support states as follows:

1. Plaintiff's four-count complaint alleges that HCSC violated the Employee Retirement Income Security Act of 1974 ("ERISA") by using, and failing adequately to disclose its use of, the Ingenix database in calculating reimbursements for out-of-network medical services.

2. Plaintiff's complaint suffers from a number of fatal defects that require dismissal, including plaintiff's refusal to identify herself, the employer through which she received health insurance, or the insurance plan under which she claims she is owed benefits. Each of the individual counts is likewise defective.

3. Count I, which seeks benefits under Section 502(a)(1)(B) of ERISA, can only be brought against a plan, not against an alleged plan administrator like HCSC. Moreover, Count I fails to identify any plan provision which provides for the benefits that plaintiff is seeking.

4. Like Count I, Count II, which brings claims under Section 503 of ERISA, can only be brought against ERISA plans. Count II also fails to plead facts showing that the claims process that plaintiff challenges was inadequate, and improperly seeks relief that is duplicative of the relief sought in Count I.

5. Count III must be dismissed because plaintiff has failed to bring her Section 502(c) claim under Section 502(a)(1)(A), as required under ERISA. Additionally, Count III fails to state a claim for a violation of ERISA's disclosure requirements, and seeks relief that is unavailable under Section 502(c).

6. Count IV must be dismissed because plaintiff seeks restitution which is unavailable given the facts pled in her own complaint. Count IV must further be dismissed because the remaining relief plaintiff seeks is duplicative of that sought in Count I, and because Count IV fails to state a claim for fiduciary breach arising out of the misrepresentations or omissions that plaintiff alleges.

7. In addition to these pleading defects, each of which warrants dismissal, plaintiff's demand for a jury trial is improper under ERISA and should be stricken under Rule 12(f).

WHEREFORE, for the foregoing reasons, and as set forth in the accompanying Memorandum, defendant HCSC requests that plaintiff's complaint be dismissed in its entirety, and that plaintiff's demand for a jury trial be stricken.

Dated:  May 15, 2009                          Respectfully submitted:

/s/  Michael A. Pope  _____

Michael A. Pope, P.C. (# 2232464)
Christopher M. Murphy (# 6205191)
Marie A. Halpin (# 6210972)
John A. Litwinski (# 6286735)
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606
Phone: 312.372.2000
Fax:    312.984.7700

COUNSEL FOR DEFENDANT HEALTH CARE
SERVICE CORPORATION

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this 15th day of May 2009 he served Defendants' Motion to Dismiss and Strike, and the accompanying Memorandum, on counsel for plaintiff by ECF Service or by First Class Mail (as indicated below), addressed to:

Elizabeth Daley Hoskins Dow (by ECF)
Bailey & Glasser, LLP
1003 Western Avenue
Joliet , IL  60435

Gregory Y. Porter (by Mail)
Bailey & Glasser, LLP
601 Pennsylvania Ave., NW, Ste. 900
Washington, DC  20024

Garrett T. Watkins (by Mail)
Schneider Wallace Cottrell Brayton LLP
7702 E. Doubletree Ranch Rd., Ste. 300
Scottsdale, AZ  85258

Mark A. Chavez (by ECF)
Jonathan E. Gertler (by Mail)
Nance F. Becker (by ECF)
Chavez & Gertler LLP
42 Miller Ave.
Mill Valley, CA  94941

Brian A. Glasser (by Mail)
Michael L. Murphy (by Mail)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV  25301

Todd M. Schneider (by ECF)
Mark T. Johnson (by ECF)
Schneider Wallace Cottrell Brayton LLP
180 Montgomery Street, Ste. 2000
San Francisco, CA  94101

Edwin R. Lamberth (by Mail)
Steven L. Nicholas (by Mail)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL  36604

By:     /s/  John A. Litwinski