# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUTH MAHRU, on behalf of herself and all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) HEALTH CARE SERVICE ) CORPORATION, and GROUP HEALTH ) PLAN NO. P76217, against itself and all ) others similarly situated, ) ) Defendants. ) | Case No. 1:09-cv-01588<br><br>The Honorable William J. Hibbler |

## DEFENDANT HEALTH CARE SERVICE CORPORATION'S
## MOTION FOR ENTRY OF JUDGMENT

Defendant Health Care Service Corporation hereby moves this Court to enter judgment in its favor pursuant to its Motion for Summary Judgment filed February 17, 2011 (Dkt. #84). Plaintiff's response to the motion was due June 24, 2011. No opposition has been filed and counsel for plaintiff Mahru has advised HCSC that Mahru will not file an opposition to the motion.

For all the reasons stated in its motion, memorandum in support (Dkt. #86), and Rule 56 Statement (Dkt. #87), HCSC requests that judgment be entered in its favor, that the case against it be dismissed in its entirety, and that it be awarded all other appropriate relief.

Dated: July 13, 2011

Respectfully submitted,

/s/Helen E. Witt

Helen E. Witt, P.C.
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: 312-862-2200

*Attorney for Defendant*
*Health Care Service Corporation*

## CERTIFICATE OF SERVICE

I certify that on the 13th day of July, 2011, I electronically filed *Defendant Health Care Service Corporation's Motion for Entry of Judgment* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed on the electronic service list.

    /s/Helen E. Witt
Helen E. Witt